Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

April 26, 20 23
_____
Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR 23-065 JHC** |
| Plaintiff | **INDICTMENT** |
| v. | |
| PHUONG NGUYEN LE, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about February 24, 2023, in King County, within the Western District of Washington, PHUONG NGUYEN LE, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Distribution of Cocaine Base*, in United States District Court for the Western District of Washington, under case number CR11-408 RSM, on or about April 27, 2012; and;

ii. *Felon in Possession of Firearm* and *Possession of a Controlled Substance,* in Santa Clara Superior Court, Santa Clara, California, under case number C1919182, on or about September 14, 2020.

Indictment - 1
*United States v. Le*
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Springfield Armory XD-9 9mm caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Possession of Controlled Substances with Intent to Distribute)

On or about February 24, 2023, in King County, within the Western District of Washington, PHUONG NGUYEN LE did knowingly and intentionally possess, with the intent to distribute, controlled substances, including: N-phenyl-N-[1-(2-phenylethyl )4-piperidinyl] propanamide (fentanyl), heroin, and cocaine base, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 841(b)(1)(C).

## COUNT 3

### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about February 24, 2023, in King County, within the Western District of Washington, PHUONG NGUYEN LE knowingly carried a firearm, that is: Springfield Armory XD-9 9mm caliber pistol, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of a Controlled Substance with Intent to Distribute*, as alleged in Count 2 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### FORFEITURE ALLEGATION

The allegations in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference herein for the purpose of alleging forfeiture.

Indictment - 2
*United States v. Le*
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Upon conviction of either offense charged in Counts 1 and 3, PHUONG NGUYEN LE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and associated ammunition involved in the offense. Such property includes, but is not limited to:

    a.  one Springfield Armory XD-9 9mm caliber pistol; and

    b.  any associated ammunition.

Upon conviction of the offense charged in Count 2, PHUONG NGUYEN LE shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. Such property includes, but is not limited to:

    a.  one Springfield Armory XD-9 9mm caliber pistol; and

    b.  any associated ammunition.

//

//

//

Indictment - 3
*United States v. Le*
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or,

    e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: 4/26/23

DATED:

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

NICHOLAS W. BROWN
United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

_____

BRIAN WYNNE
Assistant United States Attorney

Indictment - 4
*United States v. Le*
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970