UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-065-JHC |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| PHUONG LE, | |
| Defendant. | |

THE COURT has considered Phuong Le's motion to extend the pretrial motions deadline and the records in this case. Dkt. # 29. The Court understands that the Government does not oppose the motion. The Court GRANTS the motion.

IT IS ORDERED that the due date for pretrial motions is extended from October 25 to November 1, 2024.

DONE this 29th day of October, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE
(*US v. Le*, CR23-065-JHC) - 1